IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | NO. 16-5818 |
| JOHN CHRISTOPHER | : | |
| Defendants. | : | |

**ORDER**

       **AND NOW,** this 31st day of January, 2017, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

      []  -  Order staying these proceedings pending disposition of a related action.

      []  -  Order staying these proceeding pending determination of arbitration proceedings.

      []  -  Interlocutory appeal filed

      [X]  -  Other: Order staying these proceedings pending service of summons and complaint upon defendant.

it is
      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

s/paul s. diamond
_____
PAUL S. DIAMOND , J.