# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br>v.<br><br>JOHN CHRISTOPHER<br>        Defendant | Civil Action No: 16-05818 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

Respectfully submitted,
KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327